IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SEAN M. BRUCE,                                                    CV. 10-1357-MO

       Plaintiff,                                   JUDGMENT

   v.

McMINNVILLE POLICE DEPARTMENT,
et al.,

       Defendants.

MOSMAN, District Judge.

   Based on the Record,

   IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

   DATED this __8th__ day of February, 2011.

                                      /s/ Michael W. Mosman
                                          Michael W. Mosman
                                          United States District Judge

1 - JUDGMENT